AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>MORROW, MARGARET M. | 2. Court or Organization<br><br>United States District Court, CACD | 3. Date of Report<br><br>05/13/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address |
|---|
| United States District Court<br>255 E. Temple Street, Ste. 770<br>Los Angeles, California 90012 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Bryn Mawr College - Board of Trustees - (See Note in Part VIII) |
| 2. | Trustee | Mayfield Senior School - Board of Trustees - (See Note in Part VIII) |
| 3. | Trustee | Brokerage Account #2 (Trust #1) (Part VII, Page 15, Line 200) |
| 4. | Trustee | Administrative Account (Trust #2) (Part VII, Page 30, Line 445) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Defined Benefit Pension Payment from State of California | $134,401.44 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bryn Mawr College | February 7-9 | Bryn Mawr, PA | Board of Trustees Meeting | Meals |
| 2. | New York University | April 5-6 | New York, New York | Root-Tilden | Meals/airfare |
| 3. | Bryn Mawr College | April 24-27 | Bryn Mawr, PA | Board of Trustees Meeting | Meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MORROW, MARGARET M.** | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Invesco Van Kampen Capital Growth Fund-A - IRA | | None | L | T | | | | | |
| 2. Vanguard Windsor II Fund - IRA | A | Dividend | J | T | | | | | |
| 3. BROKERAGE ACCOUNT #1 - INDIVIDUAL RETIREMENT ACCOUNT | F | Int./Div. | P1 | T | | | | | |
| 4. - Cash equivalent - Morgan Stanley | | | | | | | | | |
| 5. - Amgen Inc. - common stock | | | | | | | | | |
| 6. - Abbvie Inc.Com - common stock | | | | | Buy | 02/14/13 | J | | |
| 7. - Cisco Systems Inc. - common stock | | | | | Sold | 04/22/13 | J | A | |
| 8. - Caterpillar Inc. - common stock | | | | | Buy | 04/22/13 | J | | |
| 9. - General Electric Company - common stock | | | | | | | | | |
| 10. - Microsoft Corporation - common stock | | | | | | | | | |
| 11. - Royal Dutch Shell PLC ADR - common stock | | | | | | | | | |
| 12. - AT&T Inc. - common stock | | | | | | | | | |
| 13. - Schlumberger Ltd. - common stock | | | | | | | | | |
| 14. - Comcast Corp CL A Special New - common stock | | | | | Sold (part) | 02/07/13 | J | A | |
| 15. - Eaton Corp. - common stock | | | | | | | | | |
| 16. - Procter & Gamble - common stock | | | | | | | | | |
| 17. - Monsanto Co. - common stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Kraft Foods Inc. - common stock | | | | | Buy (add'l) | 05/06/13 | J | | |
| 19. - Vodafone Group PLC ADR - common stock | | | | | Sold (part) | 12/03/13 | J | A | |
| 20. - CVS Caremark Corp. - common stock | | | | | | | | | |
| 21. - Google Inc. - common stock | | | | | | | | | |
| 22. - Coca-Cola Co. - common stock | | | | | | | | | |
| 23. - Texas Instruments Inc. - common stock | | | | | | | | | |
| 24. - Amazon.com Inc. - common stock | | | | | Sold (part) | 07/17/13 | J | A | |
| 25. - Check Point Software Tech Ltd. - common stock | | | | | Buy | 06/21/13 | J | | |
| 26. - Charles Schwab Corp. - common stock | | | | | | | | | |
| 27. - Chevron Corp. - common stock | | | | | | | | | |
| 28. - Freeport McMoran Copper & Gold - common stock | | | | | | | | | |
| 29. - Intuit Inc. - common stock | | | | | Sold | 11/22/13 | J | A | |
| 30. - Juniper Networks Inc. - common stock | | | | | | | | | |
| 31. - Weatherford Int'l. Ltd. - common stock | | | | | | | | | |
| 32. - Broadcom Corp - common stock | | | | | | | | | |
| 33. - Akamai Technologies Inc. - common stock | | | | | | | | | |
| 34. - American Electric Power Co. -- common | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Anadarko Petroleum Corp. - common stock | | | | | | | | | |
| 36. - Autodesk Inc. - common stock | | | | | | | | | |
| 37. - Bed Bath & Beyond Inc. - common stock | | | | | | | | | |
| 38. - Biogen Idec Inc. - common stock | | | | | Sold (part) | 05/03/13 | J | A | |
| 39. - Blackrock Inc. - common stock | | | | | | | | | |
| 40. - Cablevision Systems Corp. - common stock | | | | | | | | | |
| 41. - Celgene Corp. - common stock | | | | | Sold (part) | 05/17/13 | J | A | |
| 42. | | | | | Sold (part) | 09/18/13 | J | A | |
| 43. - Covidien PLC New -- common stock | | | | | | | | | |
| 44. - Cree Research Inc. - common stock | | | | | | | | | |
| 45. - Deere & Co. -- common stock | | | | | Sold | 07/25/13 | J | A | |
| 46. - Ebay Inc. - common stock | | | | | | | | | |
| 47. - Express Scripts Inc. - common stock | | | | | | | | | |
| 48. - Facebook Inc. CL-A - common stock | | | | | Buy | 04/10/13 | J | | |
| 49. | | | | | Buy (add'l) | 04/23/13 | J | | |
| 50. | | | | | Buy (add'l) | 06/06/13 | J | | |
| 51. - Fluor Corp. - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Forest Laboratories Inc. - common stock | | | | | | | | | |
| 53. - HCP Incorporated - common stock | | | | | | | | | |
| 54. - Health Care REIT Inc. - common stock | | | | | | | | | |
| 55. - Home Depot Inc. - common stock | | | | | Sold (part) | 06/21/13 | J | A | |
| 56. - Johnson & Johnson - common stock | | | | | | | | | |
| 57. - Red Hat - common stock | | | | | Buy | 11/19/13 | J | | |
| 58. - L-3 Communications Holdings Inc. - common stock | | | | | | | | | |
| 59. - The Directv Group Class A - common stock | | | | | | | | | |
| 60. - Liberty Media Hldg. Capital Series A - common stock | | | | | | | | | |
| 61. - Liberty Media Hldg SR A Inter - common stock | | | | | | | | | |
| 62. - Nasdaq OMX Group Inc. - common sto | | | | | | | | | |
| 63. - National Oilwell Varco Inc. - common stock | | | | | | | | | |
| 64. - Pall Corporation - common stock | | | | | | | | | |
| 65. - Pepsico Inc. - common stock | | | | | | | | | |
| 66. - Qualcomm Inc. - common stock | | | | | | | | | |
| 67. - Seagate Technology Holdings - common stock | | | | | | | | | |
| 68. - Realty Income Corp. - | | | | | Buy | 07/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Riverbed Tech Inc. - common stock | | | | | Buy | 07/31/13 | J | | |
| 70. - Senior Hsg PPTY TR - common stock | | | | | Buy | 02/14/13 | J | | |
| 71. - SPDR Gold TR Gold SHS - common stock | | | | | | | | | |
| 72. - TE Connectivity Ltd. New - common stock | | | | | | | | | |
| 73. - Tyco International Ltd. - common stock | | | | | | | | | |
| 74. - Unitedhealth Group Inc. - common stock | | | | | | | | | |
| 75. - Vertex Pharmaceuticals - common stock | | | | | | | | | |
| 76. - Xilinx Inc. -- common | | | | | | | | | |
| 77. - Zoetis Inc. Class A - common stock | | | | | Buy | 08/26/13 | J | | |
| 78. - AMC Networks Inc. CL A - common stock | | | | | | | | | |
| 79. - Apache - common stock | | | | | Sold | 05/23/13 | J | A | |
| 80. - Delaware Diversified Inc. - mutual fund | | | | | Sold | 05/23/13 | K | B | |
| 81. - H J Heinz Co. - common stock | | | | | Sold | 02/14/13 | J | B | |
| 82. - JP Morgan Chase BK N A Columbus Ohio DJIA Linked CD | | | | | | | | | |
| 83. - Lord Abbett Floating Rate - mutual fund | | | | | | | | | |
| 84. - Hartford World Bond 1 - mutual fund | | | | | Buy | 05/23/13 | K | | |
| 85. - Lord Abbett Sht Dur Inc A - mutual fund | | | | | Sold | 05/23/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Williams Co., Inc. - common stock | | | | | Buy | 12/03/13 | J | | |
| 87. - Managers Bond Fund - mutual fund | | | | | | | | | |
| 88. - Mallinckrodt Public Ltd. Co. - common stock | | | | | Spinoff (from line 43) | 07/03/13 | J | | |
| 89. - Blackrock Global L/S Credit 1 - mutual fund | | | | | Buy | 05/23/13 | K | | |
| 90. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 91. - Merck & Co. - common stock | | | | | | | | | |
| 92. - Nucor Corp. - common stock | | | | | | | | | |
| 93. - Pimco Total Return - mutual fund | | | | | Sold (part) | 05/23/13 | J | A | |
| 94. - Sandisk Corp. - common stock | | | | | | | | | |
| 95. - Yum Brands Inc. - common stock | | | | | | | | | |
| 96. - TCW Total Return - mutual fund | | | | | | | | | |
| 97. - Templeton Global Bd Fd Adv - | | | | | Sold | 05/23/13 | K | B | |
| 98. - Verizon Communications - common stock | | | | | | | | | |
| 99. - Federated Uncontrained BD IS - mutual fund | | | | | Sold | 05/23/13 | J | A | |
| 100. - JP Morgan Strat Inc. Opp Sel - mutual fund | | | | | Buy (add'l) | 05/23/13 | J | | |
| 101. - Virtus Multi-Sector S/T Bond - mutual fund | | | | | Sold (part) | 05/23/13 | J | A | |
| 102. - Virtus Multi Sect Sht Trm BD I - | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Virtus Senior Floating Rate I - mutual fund | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. - Bank Deposit Sweep Program - | | | | | | | | | |
| 106. - Lake Tahoe Calif Uni Sch Dist Go BDS - muni bond (2LT1) | B | Interest | L | U | Open | 07/30/13 | L | | MMM personal account |
| 107. | A | Interest | L | U | Open | 12/28/13 | L | | |
| 108. Orchard Calif. Sch Dist G.O. Ref BDS - muni bond (5CB5) | A | Interest | K | U | Open | 07/30/13 | K | | MMM personal account |
| 109. | A | Interest | K | U | Open | 12/28/13 | K | | |
| 110. San Ysidro Calif. Sch Dist CTFS Partn - muni bond (3EU1) | A | Interest | J | U | Open | 09/01/13 | J | | MMM personal account |
| 111. - Wells Fargo Bank - Account | | | | | Open | 12/31/13 | K | | MMM personal account |
| 112. - Union Bank - Account | | | | | Open | 12/31/13 | K | | MMM personal account |
| 113. - Kadison, Pfaelzer, Woodard, Quinn & Rossi Inv. Ptnrship. | | | | | Open | 12/31/13 | K | | MMM personal account |
| 114. - Apple Inc. - common stock | | | | | | | | | |
| 115. - Astrazeneca PLC ADS - common stock | | | | | | | | | |
| 116. - Bristol Myers Squibb Co. - common stock | | | | | Sold (part) | 06/03/13 | J | A | |
| 117. | | | | | Sold (part) | 07/02/13 | J | A | |
| 118. - Dolby Class A common stock | | | | | | | | | |
| 119. - EMC Corp. Mass - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Glaxosmithkline PLC ADS - common stock | | | | | | | | | |
| 121. - Immunogen Inc. - common stock | | | | | | | | | |
| 122. - Isis Pharmaceuticals Inc. - common stock | | | | | | | | | |
| 123. - Legg Mason BW Global Opp Bd Fl - mutual fund | | | | | | | | | |
| 124. - John Hancock FDS Str Inc. Opp 1 - mutual fund | | | | | Buy | 05/23/13 | K | | |
| 125. - Mc Donalds Corp. - common stock | | | | | | | | | |
| 126. - Ms Buffered Plus Based on Basket - common stock | | | | | | | | | |
| 127. - Oracle Corp. - common stock | | | | | Sold | 07/31/13 | J | A | |
| 128. - Philip Morris International Inc. - common stock | | | | | | | | | |
| 129. - PPL Corporation - common stock | | | | | | | | | |
| 130. - TCW Emerging Markets Income N - mutual fund | | | | | Sold | 06/21/13 | K | A | |
| 131. - Pimco Emerging Local Bond A - mutual fund | | | | | Sold | 06/21/13 | K | A | |
| 132. - Thermo Fisher Scientific Inc. - common stock | | | | | | | | | |
| 133. - Ventas, Inc. - common stock | | | | | Buy | 09/13/13 | J | | |
| 134. - Visa Inc. - common stock | | | | | Sold (part) | 06/24/13 | J | A | |
| 135. - Walt Disney Co. Holding Co. - common stock | | | | | | | | | |
| 136. - Unit AAM Covered Call & Income Strategies Closed end fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Anheuser Busch Inbev SA Spon - common stock | | | | | | | | | |
| 138. - Blackrock Strategic Inc Opp A Prospectus - mutual fund | | | | | | | | | |
| 139. - Goldman Sachs Strategic Inc A Prospectus - mutual fund | | | | | | | | | |
| 140. - Virtus Senior Floating Rate A - mutual fund | | | | | | | | | |
| 141. - Virtus Multi Sector Fixed Inc A - mutual fund | | | | | | | | | |
| 142. - CME Group - common stock | | | | | | | | | |
| 143. - EOG Resources Inc. - common stock | | | | | Sold | 04/18/13 | J | A | |
| 144. - NetApp Inc. - common stock | | | | | | | | | |
| 145. - United Parcel Service Inc. Class B - common stock | | | | | | | | | |
| 146. - MFF Orion FT FD - managed future | | | | | | | | | |
| 147. - Skybridge Multi-Advisor Hedge fund | | | | | | | | | |
| 148. - BlackRock All-CP Energy Res A - mutual fund | | | | | | | | | |
| 149. - Cohen & Steers Global Realty Foc I - mutual fund | | | | | | | | | |
| 150. - Eaton Vance Commodity Strategy A - mutual fund | | | | | | | | | |
| 151. - Hartford Floating Rate I - mutual fund | | | | | | | | | |
| 152. - ING Global Real Estate FD I - mutual fund | | | | | | | | | |
| 153. - PIMCO Commodity Real Ret Strat A - mutual fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - RS Global Natural Resources A - mutual fund | | | | | | | | | |
| 155. - Altria Group Inc. - common stock | | | | | | | | | |
| 156. - BCE Inc. (New) - common stock | | | | | Sold (part) | 01/09/13 | J | A | |
| 157. - Centurylink Inc. - common stock | | | | | Sold | 02/14/13 | J | A | |
| 158. - BP PLC Ads - common stock | | | | | Buy | 01/09/13 | J | | |
| 159. | | | | | Buy (add'l) | 04/18/13 | J | | |
| 160. - Citrix Systems Inc. - common stock | | | | | | | | | |
| 161. - Conocophillips - common stock | | | | | Buy (add'l) | 06/03/13 | J | | |
| 162. - Dominion Res Inc. (New) - common stock | | | | | Buy (add'l) | 02/14/13 | J | | |
| 163. - W. W. Grainger, Inc. - common stock | | | | | Buy | 12/12/13 | J | | |
| 164. - Duke Energy Corp. Holding Co. - common stock | | | | | | | | | |
| 165. - Kimberly Clark Corp. - common stock | | | | | | | | | |
| 166. - Eli Lilly & Co. - common stock | | | | | Sold (part) | 05/06/13 | J | A | |
| 167. - Lorillard Inc. - common stock | | | | | | | | | |
| 168. - Natl Grid Transco PLC ADS - common stock | | | | | | | | | |
| 169. - Reynolds American Inc. - common stock | | | | | | | | | |
| 170. - Southern Co. - common stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Total Fina Elf SA - common stock | | | | | | | | | |
| 172. - Unilever PLC (New) ADS - common stock | | | | | | | | | |
| 173. - Windstream Corp. - common stock | | | | | Sold | 06/03/13 | J | A | |
| 174. - Columbia Select LG CP Growth Z - mutual fund | | | | | | | | | |
| 175. - Columbia Income Opport A - mutual fund | | | | | | | | | |
| 176. - Invesco Developing Markets A - mutual fund | | | | | Buy (add'l) | 12/09/13 | J | | |
| 177. - KKR Income Opportunities Fund - common stock | | | | | Buy | 07/25/13 | K | | |
| 178. - Royce Premier Service - mutual fund | | | | | Buy (add'l) | 12/09/13 | J | | |
| 179. - Thornburg Int'l Value I- mutual fund | | | | | | | | | |
| 180. - Virtus Insight Emerging Markets I - mutual fund | | | | | Buy (add'l) | 12/09/13 | J | | |
| 181. - Nike Inc. B - common stock | | | | | | | | | |
| 182. - Cameron Intnl Corp - common stock | | | | | | | | | |
| 183. - Duff & Phelps Global Equity - common stock | | | | | | | | | |
| 184. - Blackrock Emrg Mkt L/S EQ Inst (BLSIX) - mutual fund | | | | | | | | | |
| 185. - DWS Rreef GLB Infrastrc S (TOLSX) -- mutual fund | | | | | | | | | |
| 186. - Gateway Fund Y (GTEYX) - mutual fund | | | | | | | | | |
| 187. - Invesco Balanced - Risk Alloc Y (ABRYX) - mutual fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Managers Fremont Global Fund (MMAFX) - mutual fund | | | | | | | | | |
| 189. - MFS Diverse Target Return I (DVRIX) - mutual fund | | | | | | | | | |
| 190. - Nuveen Global Infrastructur I (FGIYX) - mutual fund | | | | | | | | | |
| 191. - Highland L/S Eq A aka PYXIS Long/Short Equity A - mutual fund | | | | | | | | | |
| 192. - Virtus Dynamic Alphasector I (VIMNX) - mutual fund | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. - Morgan Stanley - Inherited IRA Account - | D | Distribution | N | T | Distributed (part) | 01/01/13 | N | A | See Note in Part VIII |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. - Morgan Stanley - Inherited IRA Account - | A | Distribution | J | T | Distributed (part) | 01/01/13 | J | A | See Note in Part VIII |
| 199. | | | | | | | | | |
| 200. BROKERAGE ACCOUNT #2 (TRUST #1) | E | Int./Div. | P1 | T | | | | | |
| 201. | | | | | | | | | |
| 202. - Cash equivalent - Morgan Stanley' | | | | | | | | | |
| 203. - Eaton Corp. - common stock | | | | | | | | | |
| 204. - Aviva Plc Adr - common stock | | | | | Buy | 06/17/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Express Scripts Inc. - Common | | | | | | | | | |
| 206.  - General Electric Inc. - common stock | | | | | | | | | |
| 207.  - Pepsico Inc. - common stock | | | | | | | | | |
| 208.  - Royal Dutch Shell PLC - common stock | | | | | | | | | |
| 209.  - Checkpoint Software Tech Ltd. - common stock | | | | | Buy | 06/21/13 | J | | |
| 210.  - AMC Networks Inc CL A - common stock | | | | | | | | | |
| 211.  - Allianceber Muni - mutual fund | | | | | Buy | 06/10/13 | L | | |
| 212. | | | | | Sold (part) | 06/25/13 | J | A | |
| 213. | | | | | Sold (part) | 08/09/13 | J | A | |
| 214. | | | | | Sold (part) | 08/28/13 | J | A | |
| 215. | | | | | Sold (part) | 10/08/13 | J | A | |
| 216. | | | | | Sold (part) | 11/08/13 | J | A | |
| 217. | | | | | Sold (part) | 11/21/13 | J | A | |
| 218. | | | | | Sold | 12/03/13 | K | A | |
| 219.  - Abbvie Inc.com - common stock | | | | | Buy | 02/14/13 | J | | |
| 220.  - AT&T - common stock | | | | | | | | | |
| 221.  - Schlumberger Ltd. - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. - Procter & Gamble - common stock | | | | | | | | | |
| 223. - Monsanto Company - common stock | | | | | | | | | |
| 224. - Kraft Foods - common stock | | | | | | | | | |
| 225. - Vodafone Group PLC ADR - common stock | | | | | | | | | |
| 226. - CVS Caremark Corporation - common stock | | | | | | | | | |
| 227. - Health Care REIT - common stock | | | | | | | | | |
| 228. - Coca Cola Company - common stock | | | | | | | | | |
| 229. - Google Inc. - common stock | | | | | | | | | |
| 230. - HCP Inc. - common stock | | | | | | | | | |
| 231. - Juniper Networks Inc. - common stock | | | | | | | | | |
| 232. - Qualcomm Inc. - common stock | | | | | | | | | |
| 233. - Schwab Charles Corporation - common stock | | | | | | | | | |
| 234. - Amazon.com Inc. - common stock | | | | | Sold (part) | 07/17/13 | J | A | |
| 235. - Amgen Inc. - common stock | | | | | | | | | |
| 236. - Anadarko Petroleum Corporation - common stock | | | | | | | | | |
| 237. - BP PLC Ads - common stock | | | | | Buy | 01/09/13 | J | | |
| 238. - Cablevision Systems Corporation - common stock | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Celgene Corporation - common stock | | | | | Sold (part) | 05/17/13 | J | A | |
| 240. | | | | | Sold (part) | 09/18/13 | J | A | |
| 241. - Chevron Corporation - common stock | | | | | | | | | |
| 242. - Cisco Systems Inc. - common stock | | | | | Sold | 04/22/13 | J | A | |
| 243. - Covidien Ltd. - common stock | | | | | | | | | |
| 244. - Mallinckrodt Public Ltd. Co. - common stock | | | | | Spinoff (from line 243) | 07/03/13 | J | | |
| 245. - EOG Resources Inc. - common stock | | | | | Sold | 04/18/13 | J | A | |
| 246. - Freeport McMoran Copper & Gold - common stock | | | | | | | | | |
| 247. - Lord Abbett High Yield Muni Bond Fund - mutual fund | | | | | Sold (part) | 06/10/13 | J | A | |
| 248. | | | | | Sold (part) | 06/25/13 | J | A | |
| 249. | | | | | Sold (part) | 11/08/13 | J | A | |
| 250. | | | | | Sold | 11/21/13 | J | A | |
| 251. - Microsoft Corporation - common stock | | | | | | | | | |
| 252. - NASDAQ OMX Group, Inc. - common stock | | | | | | | | | |
| 253. - SPDR Gold Trust - ETF | | | | | Sold (part) | 01/03/13 | J | A | |
| 254. - Caterpillar, Inc. - common stock | | | | | Buy | 04/22/13 | J | | |
| 255. - Texas Instruments Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Weatherford International Ltd. - common stock | | | | | | | | | |
| 257. - Xilinx Inc. - common | | | | | | | | | |
| 258. - Yum Brands Inc. - common | | | | | | | | | |
| 259. - Fluor Corp. - common stock | | | | | | | | | |
| 260. - Akamai Technologies Inc. - common stock | | | | | | | | | |
| 261. - Autodesk Delaware - common stockc | | | | | | | | | |
| 262. - Bed Bath & Beyond - common stock | | | | | | | | | |
| 263. - Biogen Idec Inc. - common stock | | | | | | | | | |
| 264. - W. W. Grainger Inc. - common stock | | | | | Buy | 12/12/13 | J | | |
| 265. - Blackrock Inc. - common stock | | | | | | | | | |
| 266. - Broadcom Corp. - common stock | | | | | | | | | |
| 267. - Comcast Corp. CL A Special New - common stock (CMCSK) | | | | | | | | | |
| 268. - Williams Co. Inc. - common stock | | | | | Buy | 12/03/13 | J | | |
| 269. - Cree Research Inc. - common stock | | | | | | | | | |
| 270. - Dolby Class A common stock (formerly Dolby Labs Inc.) | | | | | | | | | |
| 271. - Ebay Inc. - common stock | | | | | | | | | |
| 272. - Facebook Inc. CL-A - common | | | | | Buy (add'l) | 04/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 06/06/13 | J | | |
| 274. - Forest Laboratories Inc. - common stock | | | | | | | | | |
| 275. - Home Depot Inc. - common stock | | | | | Sold (part) | 06/21/13 | J | A | |
| 276. - Johnson & Johnson - common stock | | | | | | | | | |
| 277. - L-3 Communications Hldgs Inc. - common stock | | | | | | | | | |
| 278. - Lorillard Inc.-- common stock | | | | | | | | | |
| 279. - The Directv Group Class A - common stock | | | | | | | | | |
| 280. - Liberty Media Corp. Hldg Capital Series A - common stock | | | | | | | | | |
| 281. - National Oilwell Varco Inc. - common stock | | | | | | | | | |
| 282. - Twitter, Inc. - common stock | | | | | Buy | 11/07/13 | J | | |
| 283. - Pall Corporation - common stock | | | | | | | | | |
| 284. - Seagate Technology Hldgs. - common stock | | | | | | | | | |
| 285. - TE Connectivity Ltd. New - common stock | | | | | | | | | |
| 286. - Tyco International Ltd. - common stock | | | | | | | | | |
| 287. - Unitedhealth Group Inc. - common stock | | | | | | | | | |
| 288. - Zoetis Inc., Class A - common stock | | | | | Buy | 08/26/13 | J | | |
| 289. - Vertex Pharmaceuticals - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Apache Corporation - common stock | | | | | Sold | 05/23/13 | J | A | |
| 291. - Delaware Tx-Fr USA Intermed A - mutual fund | | | | | Sold (part) | 06/10/13 | K | B | |
| 292. | | | | | Sold (part) | 06/25/13 | J | A | |
| 293. | | | | | Sold (part) | 11/08/13 | J | A | |
| 294. | | | | | Sold (part) | 11/21/13 | J | A | |
| 295. | | | | | Sold | 12/03/13 | J | A | |
| 296. - DWS Intermediate Tax/Amt Fr A - mutual fund | | | | | Sold (part) | 06/10/13 | K | B | |
| 297. | | | | | Sold (part) | 11/08/13 | J | A | |
| 298. | | | | | Sold (part) | 11/21/13 | J | A | |
| 299. | | | | | Sold | 12/03/13 | J | A | |
| 300. - EV Hi Yld Muni Income A - mutual fund | | | | | Sold (part) | 06/10/13 | J | A | |
| 301. | | | | | Sold (part) | 06/25/13 | J | A | |
| 302. | | | | | Sold (part) | 11/08/13 | J | A | |
| 303. | | | | | Sold (part) | 11/21/13 | J | A | |
| 304. | | | | | Sold | 12/03/13 | J | A | |
| 305. - H. J. Heinz Company - common stock | | | | | Sold | 02/14/13 | J | B | |
| 306. - Intuit Inc. - common stock | | | | | Sold | 11/22/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.   - Merck & Co. Inc. - common stock | | | | | Buy (add'l) | 02/14/13 | J | | |
| 308.   - Nucor Corporation - common stock | | | | | | | | | |
| 309.   - Sandisk Corporation - common stock | | | | | | | | | |
| 310.   - Verizon Communications - common stock | | | | | | | | | |
| 311.   - Realty Income Corp. - common stock | | | | | Buy | 07/02/13 | J | | |
| 312.   - Western Asst GLB CP DEF OPP FD - common stock | | | | | | | | | |
| 313.   - Anheuser Busch Inbev SA Spon - common stock | | | | | | | | | |
| 314.   - Allianz Se Ads - common stock | | | | | Buy | 06/25/13 | J | | |
| 315.   - American Electric Power Co. - common | | | | | | | | | |
| 316.   - Apple Inc. - common stock | | | | | | | | | |
| 317.   - Astrazeneca PLC ADS - common stock | | | | | | | | | |
| 318.   - Blackrock National Muni A - mutual fund | | | | | Sold (part) | 06/10/13 | L | C | |
| 319. | | | | | Sold (part) | 06/25/13 | J | A | |
| 320. | | | | | Sold (part) | 11/08/13 | J | A | |
| 321. | | | | | Sold (part) | 11/21/13 | J | A | |
| 322. | | | | | Sold (part) | 12/03/13 | J | A | |
| 323.   - Amer Cent CA Hi Yld Muni A - mutual fund | | | | | Buy | 06/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 06/25/13 | J | A | |
| 325. | | | | | Sold (part) | 11/08/13 | J | A | |
| 326. | | | | | Sold (part) | 11/21/13 | J | A | |
| 327. | | | | | Sold | 12/03/13 | J | A | |
| 328. - Bristol Myers Squibb Co. - common stock | | | | | Sold (part) | 06/03/13 | J | A | |
| 329. | | | | | Sold (part) | 07/02/13 | J | A | |
| 330. - Citrix Systems Inc. - common stock | | | | | | | | | |
| 331. - Clearbridge Energy MLP FD Inc. - common stock | | | | | Sold (part) | 05/20/13 | K | E | |
| 332. - EMC Corp Mass - common stock | | | | | | | | | |
| 333. - Franklin CA TX FR INC. ADV - mutual fund | | | | | Buy | 06/10/13 | L | | |
| 334. | | | | | Sold (part) | 06/25/13 | J | A | |
| 335. | | | | | Sold (part) | 08/09/13 | J | A | |
| 336. | | | | | Sold (part) | 08/28/13 | J | A | |
| 337. | | | | | Sold (part) | 10/08/13 | J | A | |
| 338. | | | | | Sold (part) | 11/08/13 | J | A | |
| 339. | | | | | Sold (part) | 11/21/13 | J | A | |
| 340. | | | | | Sold | 12/03/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Glaxosmithkline PLC ADS - common stock | | | | | | | | | |
| 342. - Immunogen Inc. - common stock | | | | | | | | | |
| 343. - Isis Pharmaceutical Inc. - common stock | | | | | | | | | |
| 344. - Kayne and Midstream/Energy Fund Inc. - common stock | | | | | | | | | |
| 345. - Mc Donalds Corp. - common stock | | | | | | | | | |
| 346. - Ms. Blackstone Re Debt II on LP - | | | | | Buy | 02/20/13 | J | | |
| 347. | | | | | Buy (add'l) | 06/14/13 | K | | |
| 348. | | | | | Buy (add'l) | 08/15/13 | K | | |
| 349. | | | | | Buy (add'l) | 10/14/13 | K | | |
| 350. | | | | | Buy (add'l) | 11/18/13 | K | | |
| 351. - MFS Muni High Income A - mutual fund | | | | | Sold (part) | 06/10/13 | J | A | |
| 352. | | | | | Sold (part) | 06/25/13 | J | A | |
| 353. | | | | | Sold (part) | 11/08/13 | J | A | |
| 354. | | | | | Sold (part) | 11/21/13 | J | A | |
| 355. | | | | | Sold | 12/03/13 | J | A | |
| 356. - Oracle Corp. - common stock | | | | | Sold | 07/31/13 | J | A | |
| 357. - Philip Morris Int'l Inc. - common stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - JP Morgan CA Tax Free Bond A - mutual fund | | | | | Buy | 06/10/13 | K | | |
| 359. | | | | | Sold (part) | 06/25/13 | J | A | |
| 360. | | | | | Sold (part) | 08/09/13 | J | A | |
| 361. | | | | | Sold (part) | 08/28/13 | J | A | |
| 362. | | | | | Sold (part) | 10/08/13 | J | A | |
| 363. | | | | | Sold (part) | 11/08/13 | J | A | |
| 364. | | | | | Sold (part) | 11/21/13 | J | A | |
| 365. | | | | | Sold | 12/03/13 | K | A | |
| 366. - Legg Mason WA Intrm Muni Inst. - mutual fund | | | | | Sold (part) | 06/10/13 | L | B | |
| 367. | | | | | Sold (part) | 06/25/13 | J | A | |
| 368. | | | | | Sold (part) | 11/08/13 | J | A | |
| 369. | | | | | Sold (part) | 11/21/13 | J | A | |
| 370. | | | | | Sold | 12/03/13 | J | A | |
| 371. - Pioneer High Income Muni A - mutual fund | | | | | Sold | 05/17/13 | K | A | |
| 372. - PPL Corporation - common stock | | | | | | | | | |
| 373. - Riverbed - common stock | | | | | Buy | 07/31/13 | J | | |
| 374. - Travelers Companies Inc. COM - common stock | | | | | Buy | 06/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 26 of 33

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

05/13/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - Thermo Fisher Scientific Inc. - common stock | | | | | Sold (part) | 07/17/13 | J | A | |
| 376. - Ventas Inc. - common | | | | | Buy | 09/13/13 | J | | |
| 377. - Visa Inc. Class A common stock | | | | | Sold (part) | 06/24/13 | J | A | |
| 378. - Walt Disney Co. Holding Co. - common stock | | | | | | | | | |
| 379. - Abbott Laboratories - common stock | | | | | | | | | See Note in Part VIII |
| 380. - Altria Group Inc. - common stock | | | | | | | | | |
| 381. - BCE Inc. (New) - common stock | | | | | Sold (part) | 01/09/13 | J | A | |
| 382. - Blackrock CA Muni Bd I - mutual fund | | | | | Buy | 06/10/13 | K | | |
| 383. | | | | | Sold (part) | 06/25/13 | J | A | |
| 384. | | | | | Sold (part) | 08/09/13 | J | A | |
| 385. | | | | | Sold (part) | 08/28/13 | J | A | |
| 386. | | | | | Sold (part) | 10/08/13 | J | A | |
| 387. | | | | | Sold (part) | 11/08/13 | J | A | |
| 388. | | | | | Sold (part) | 11/21/13 | J | A | |
| 389. | | | | | Sold | 12/03/13 | K | A | |
| 390. - Centurylink Inc. - common stock | | | | | Sold | 02/14/13 | J | A | |
| 391. - Conocophillips - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - Dominion Res Inc. (New) - common stock | | | | | Buy (add'l) | 02/14/13 | J | | |
| 393. - Duke Energy Corp Holding Co. - common stock | | | | | | | | | |
| 394. - Kimberly Clark Corp. - common stock | | | | | | | | | |
| 395. - Eli Lilly & Co. - common stock | | | | | Sold (part) | 05/06/13 | J | A | |
| 396. - National Grid Transco PLC ADS - common stock | | | | | | | | | |
| 397. - Reynolds American Inc. - common stock | | | | | | | | | |
| 398. - Windstream Corp. - common stock | | | | | | | | | |
| 399. - Unilever PLC (New) ADS - common stock | | | | | | | | | |
| 400. - Total Fina Elf SA - common stock | | | | | | | | | |
| 401. - Southern Co. - common stock | | | | | | | | | |
| 402. - Columbia Select LG CP Growth Z - mutual fund | | | | | | | | | |
| 403. - Columbia CA Tax Exempt Z - mutual fund | | | | | Buy | 12/03/13 | K | | |
| 404. - Invesco High Yield Muni Y - mutual fund | | | | | Buy | 12/03/13 | K | | |
| 405. - Managers AMG GW&K Muni Bd SVC - mutual fund | | | | | Buy | 12/03/13 | K | | |
| 406. - Prudential Muni Hi Inc Z - mutual fund | | | | | Buy | 12/03/13 | J | | |
| 407. - Nationwide HM CA ITM Tax FR Bd - mutual fund | | | | | Buy | 12/03/13 | K | | |
| 408. - Invesco Developing Markets A - mutual fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Red Hat - common stock | | | | | Buy | 11/19/13 | J | | |
| 410. - Royce Premier Service - mutual fund | | | | | | | | | |
| 411. - Goldman Sachs MLP Inc. Oppty Fd - mutual fund | | | | | Buy | 11/25/13 | K | | |
| 412. - Thornburg Int'l Value A - mutual fund | | | | | | | | | |
| 413. - Senior Hsg PPTY TR SBI - common stock | | | | | Buy | 02/14/13 | J | | |
| 414. - Virtus Insight Emerging Markets I - mutual fund | | | | | | | | | |
| 415. - NetApp Inc. - common stock | | | | | | | | | |
| 416. - CME Group Inc. - common stock | | | | | | | | | |
| 417. - SPDR Nuveen S&P High Yield ERF - mutual fund | | | | | Buy | 05/17/13 | J | | |
| 418. | | | | | Sold | 06/10/13 | J | A | |
| 419. - United Parcel Service Inc. Class B - common stock | | | | | | | | | |
| 420. - Blackrock All CP Energy Res A - mutual fund | | | | | | | | | |
| 421. - Cohen & Steers Glb Rlty Foc A - mutual fund | | | | | Sold (part) | 01/03/13 | J | A | |
| 422. - Eaton Vance Commodity Strat A - mutual fund | | | | | Sold (part) | 01/03/13 | J | A | |
| 423. - Columbia Income Opport A - mutual fund | | | | | Sold (part) | 01/03/13 | K | B | |
| 424. - ING Global Real Estate A - mutual fund | | | | | | | | | |
| 425. - ING Global Real Estate FD I - mutual fund | | | | | Sold (part) | 01/03/13 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Hartford Floating Rate I - mutual fund | | | | | Sold (part) | 01/03/13 | K | A | |
| 427. - Pimco Comm Real Ret Strat A - mutual fund | | | | | Sold (part) | 01/03/13 | K | A | |
| 428. - Metropolitan West HI YLD Bd M - mutual fund | | | | | Sold (part) | 01/03/13 | J | B | |
| 429. - RS Global Natural Res A - mutual fund | | | | | Sold (part) | 01/03/13 | J | A | |
| 430. -- Virtus Senior Floating Rate I - mutual fund | | | | | Sold (part) | 01/03/13 | K | A | |
| 431. - Nike Inc. B - common stock | | | | | | | | | |
| 432. - Deere & Co. - common stock | | | | | Sold | 07/25/13 | J | A | |
| 433. - Cameron International Corp. - common stock | | | | | | | | | |
| 434. - DWS Rreef Glb Infrastrc S - mutual fund | | | | | Buy | 01/03/13 | J | | |
| 435. - Blackrock Emrg Mkt L/S Eq Inst - mutual fund | | | | | Buy | 01/03/13 | K | | |
| 436. - Gateway Fund Y - mutual fund | | | | | Buy | 01/03/13 | K | | |
| 437. - Highland Long Short Equity A - mutual fund | | | | | Buy | 01/03/13 | K | | |
| 438. - Invesco Balanced Risk Alloc - mutual fund | | | | | Buy | 01/03/13 | K | | |
| 439. - Managers Amg FQ Glb Ess Inst - mutual fund | | | | | Buy | 01/03/13 | K | | |
| 440. - MFS Diverse Target Return 1 - mutual fund | | | | | Buy | 01/03/13 | K | | |
| 441. - Nuveen Global Infrastructur 1 - mutual fund | | | | | Buy | 01/03/13 | K | | |
| 442. - Virtus Dynamic Alphasector 1 - mutual fund | | | | | Buy | 01/03/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - Real Property, Nantucket County, Massachusetts | | | | | | | | | |
| 444. | | | | | | | | | |
| 445. ▢ ADMINISTRATIVE ACCOUNT (TRUST #2) | F | Int./Div. | P1 | T | Open | 12/31/13 | P1 | | |
| 446. | | | | | | | | | |
| 447. - Edison International - common stock | | | | | | | | | |
| 448. - Exelon Corp. - common stock | | | | | | | | | |
| 449. - Marathon Oil Corp. - common stock | | | | | | | | | |
| 450. - Marathon Petroluem Corp - common stock | | | | | | | | | |
| 451. - United States Steel Corp. - common stock | | | | | | | | | |
| 452. | | | | | | | | | |
| 453. - San Ysidro Calif Scho dist CTFS Partn Cops (3EU1) - | | | | | Sold | 04/02/13 | M | C | See Note in Part VIII |
| 454. - Twin Rivers Calif Uni Sch. Dist - muni bond (UAA5) | | | | | Redeemed | 07/02/13 | M | A | |
| 455. - California State GO Ref Bds Series - muni. bond (PR95) | | | | | | | | | |
| 456. - North City West Calif Sch Facs Fing - muni. bond (0DK2) | D | Interest | | | | | | | |
| 457. - San Jacinto Calif Uni Sch Dist - muni. bond (2CV0) | D | Interest | | | | | | | |
| 458. - Calaveras Uni Sch Dist Calif. G O - muni. bond (4EJ5) | D | Interest | | | | | | | |
| 459. - California St G O Bds Ser. 2008 - muni. bond (AZ80) | B | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 33

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

05/13/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - Calif State Univ Red (CBJ2) - bond | | | | | Redeemed | 05/01/13 | M | A | |
| 461. - Modesto Calif IRR Dist CTFS Partn Cops - | C | Interest | | | | | | | |
| 462. - Mojave Calif Uni Sch Dist Sch Facs - muni. bond (5AL0) | | | | | Sold | 04/10/13 | N | D | |
| 463. - Los Angeles Calif Uni Sch Dist GO - muni. bond (6QM7) | | | | | Sold | 04/10/13 | M | D | |
| 464. - Taft Calif City Sch Dist Go Ref - muni bond (2AG6) | | | | | Sold | 04/11/13 | M | C | |
| 465. - Schwab CA Muni Money FD - bond | | | | | Donated | | | | |
| 466. - Alcatel Lucent ADR -- common | | | | | Donated | | | | |
| 467. - LSI Corporation -- common | | | | | Donated | | | | |
| 468. - Calif. Intermediate Term - Bond | | | | | Donated | | | | |
| 469. - Ginnie Mae - Trust | | | | | Donated | | | | |
| 470. - ▢ Real Property, Los Angeles County, California | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MORROW, MARGARET M.** | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I - POSITIONS

Page 1, line 1: I am a member of the Board of Trustees. There are no assets to report.

Page 1, line 2: I was a member of the Board of Trustees until June 2013. There are no assets to report.

PART VII - INVESTMENTS AND TRUSTS

BROKERAGE ACCOUNT #1 -- INDIVIDUAL

Page 15 line 194: This account was formerly listed on my 2012 FDR as "Charles Schwab - Inherited IRA Account." It was transferred to Morgan Stanley in 2013.

Page 15, line 198: This account was formerly listed on my 2012 FDR as "Charles Schwab - Inherited IRA Account." It was transferred to Morgan Stanley in 2013.

BROKERAGE ACCOUNT #2 -- (TRUST #1)

Page 26, line 379: Abbott Laboratories was sold on October 11, 2012 with a value of "J" and a gain of "A." However, it was inadvertently not reported as sold in my 2012 FDR.

FAMILY ADMINSTRATIVE ACCOUNT (TRUST #2)

Page 30, line 453: This asset was owned by             ' trust prior to their deaths in February 2012. I became the successor trustee upon             death. This asset was inadvertently omitted from my 2012 FDR; however as noted, in April 2013 it was sold.

Page 31, lines 465-469: I disclaimed these assets following             death and they passed to             .

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ MARGARET M. MORROW**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544